IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE LAWSON, | : | Civil No. 3:16-cv-2421 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| FOOD SERVICE DEPARTMENT, | : | |
| Defendant | : | |

FILED
SCRANTON
DEC 21 2016
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 21st day of December, 2016, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 5) for leave to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of this action.

2. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge